[No. 29269-0-III. Division Three. January 10, 2012.]

ELMER SEGRAVES, *Respondent*, v. CARL C. FULTON ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Columbia County, No. 09-2-00053-0, William D. Acey, J., entered August 2, 2010. *Affirmed* by unpublished opinion per Kulik, C.J., concurred in by Korsmo and Siddoway, JJ.

[No. 29379-3-III. Division Three. January 10, 2012.]

DONALD J. ROKKAN, *Individually and as Personal Representative, Appellant*, v. GESA CREDIT UNION ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Benton County, No. 08-2-00797-6, Vic L. VanderSchoor, J., entered September 8, 2010. *Affirmed* by unpublished opinion per Korsmo, J., concurred in by Kulik, C.J., and Siddoway, J.

[No. 61272-7-I. Division One. January 17, 2012.]

NANCY JAMES, *as Trustee*, ET AL., *Respondents*, v. CHARLES MOMAH, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 05-2-28501-0, Deborah D. Fleck, J., entered January 15, 2008. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Becker and Lau, JJ.

[No. 64626-5-I. Division One. January 17, 2012.]

DALJEET SOMAL, *Respondent*, v. ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 09-2-23688-7, Suzanne M. Barnett, J., entered November 17, 2009. *Reversed* and *remanded with instructions* by unpublished opinion per Schindler, J., concurred in by Dwyer, C.J., and Spearman, J.